**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re: | : |
| CHESNEL EDMOND | : CASE NO. 12-32141 LMW |
| | : CHAPTER 13 |
| DEBTOR | : |

## OBJECTION TO CHAPTER 13 PLAN

First Niagara Bank, N.A. f/k/a New Alliance Bank hereby objects to the debtor's Chapter 13 Plan (the 'Plan'), and in support of this objection states as follows:

1. Through the Plan, the Debtor proposes to 'cramdown' and bifurcate First Niagara Bank, N.A. f/k/a New Alliance Bank's mortgage of 81 Meloy Road, West Haven, CT, through his payment of $186,000.00, a figure the Debtor apparently suggest is the value of the real property.

2. However, said mortgage is the 1st mortgage on the Debtor's principal residence, and therefore prohibited from modification pursuant to 11 U.S.C. § 1322(b)(2).

Dated: November 20, 2012

FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK

/s/Mitchell J. Levine
Mitchell J. Levine
Federal Bar No. CT 07985
Counsel for First Niagara Bank, N.A. F/K/A New Alliance Bank
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. 860-692-3164
Fax No. 860-242-2980
e-mail address: mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

_____

In Re:                                             :
CHESNEL EDMOND                    : CASE NO. 12-32141 LMW
                                                    : CHAPTER 13
DEBTOR                                        :

_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2012 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached 'Exhibit A'):

(1) a copy of the Objection to the Chapter 13 Plan

Dated: November 20, 2012

                                                      MOVANT
                                                      FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK

                                                      /s/Mitchell J. Levine
                                                      Mitchell J. Levine
                                                      Federal Bar No. CT 07985
                                                      Counsel for First Niagara Bank, N.A. F/K/A New Alliance Bank
                                                      Law Offices of Nair & Levin, P.C.
                                                      707 Bloomfield Avenue
                                                      Bloomfield, CT 06002
                                                      Telephone No. 860-692-3164
                                                      Fax No. 860-242-2980
                                                      e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

<u>Debtor's Attorney</u>
Reine C. Boyer
501 Kings Highway East, Suite 108
Fairfield, CT 06825

<u>Trustee</u>
Molly T. Whiton
Chapter 13 Trustee
10 Columbus Boulevard 6th Floor
Hartford, CT 06106

<u>U.S. Trustee</u>
U.S. Trustee
Office of the U. S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-7016

/s/Mitchell J. Levine
Mitchell J. Levine