UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re:  Chesnel Edmond | ) | Bankruptcy Proc. No. 12-32141 |
| Debtor | ) | |
| | ) | Chapter 13 |
| | ) | February 21, 2013 |

**MOTION FOR DERTERMINATION OF VALUE
UNDER 11 U.S.C. SEC. 506 (a) and (d)**

Chesnel Emond (the "Debtor"), by and through his undersigned counsel, herein requests an Order pursuant to 11 U.S. C. Sec. 506 (a) and (d) for determination as to the secured status of certain creditors and would respectfully represent as follows:

1. On or about September 24, 2012, the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor owns certain real property located at 81 Meloy Rd., West Haven, CT more particularly described in the description annexed hereto and incorporated herein as Schedule A-1 (the "Property 1").

3. The fair market value of the Property was determined as follows:
   a. $181,000 pursuant to appraisal conducted by Williams F. Esposito, Jr. and dated May 7, 2012 annexed hereto as Exhibit A
   b. Upon information and belief, the Properties were encumbered by the following liens and interests in order of priorty:
      a. Mortgage executed and delivered to New Alliance Bank a Mortgage on the Property known as 81 Meloy Rd.  Said Mortgage was dated. February 23, 2007 and recorded in West Haven Land Records Vol. 1515, page 850 et. seq..  Said Mortgage was thereafter assigned to First Niagara Bank.

4. By this Motion, the Debtor seeks to bifurcate secured creditor claims into one and/or two parts: An allowed secured claim to the extent of the value of the collateral (the "Properties") after senior interests and/or an allowed unsecured claim for the balance of any remaining claim.

WHEREFORE, the Debtor seeks an Order bifurcating the claims of the secured creditors into allowed secured and/or unsecured claims pursuant to Sec. 506(a) and (d) and disallowing such secured portions that exceed the value of the Debtor's properties in interest and granting such other and further relief as the Court deems just and proper.

Dated at Fairfield, Connecticut this 21st day of February, 2013

*Reine C. Boyer*
Reine C. Boyer, Esq.
501 King's Highway East,
Suite 108
Fairfield, CT 06825
(203) 332-5900 Tel
(203) 332-5901 Fax
Fed. Bar# 18830

**ATTORNEY FOR THE CHAPTER 13 DEBTOR, CHESNEL EDMOND**

### CERTIFICATION

I hereby certify that on February 21, 2013, all parties of record were served the foregoing Motion for Determination of Value under 11 USC Sec. 506(a) and (d).

*Reine C. Boyer*
Reine C. Boyer, Esq.
501 King's Highway East,
Suite 108
Fairfield, CT 06825
(203) 332-5900 Tel
(203) 332-5901 Fax
Fed. Bar# 18830

**ATTORNEY FOR THE CHAPTER 13 DEBTOR, CHESNEL EDMOND**