**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re: | : |
| CHESNEL EDMOND | : CASE NO. 12-32141 LMW |
| | : CHAPTER 13 |
| DEBTOR | : |

### OBJECTION TO MOTION FOR DETERMINATION OF VALUE UNDER 11 U.S.C. § 506

First Niagara Bank, N.A. f/k/a New Alliance Bank hereby objects to the debtor's Motion for Determination of Value (Docket No. 36) as follows:

1. Admitted.

2. Admitted.

3a. Denied. The appraisal states the value is $186,000.00.

3b. Admitted.

4. Leave to proof. Said mortgage is the 1st mortgage on the Debtor's principal residence, and appears to be prohibited from modification pursuant to 11 U.S.C. § 1322(b)(2). Furthermore, any Order should be limited to just determining the value of the property (or First Niagara Bank requests that any order bifurcating its mortgage lien be conditioned upon the debtors successfully completing the Chapter 13 plan and obtaining a discharge and further requested that any order issued allow for the reinstatement of FNB's Mortgage lien in the event debtor Chapter 13 Petition is dismissed or voluntarily withdrawn). First Niagara Bank submits that any bifurcation of its mortgage claim should be within the context of the Debtor's Chapter 13 Plan, which First Niagara Bank has objected to. First Niagara Bank objects to any bifurcation that is outside of a Chapter 13 Plan.

Dated: February 22, 2013

        FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK

        /s/Mitchell J. Levine
Mitchell J. Levine
Federal Bar No. CT 07985
Counsel for First Niagara Bank, N.A. F/K/A New Alliance Bank
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. 860-692-3164
Fax No. 860-242-2980
e-mail address: mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

_____

In Re: :
CHESNEL EDMOND : CASE NO. 12-32141 LMW
: CHAPTER 13
DEBTOR :

_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2013 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached 'Exhibit A'):

(1) a copy of the Objection to the Motion for Determination of Value

Dated: February 22, 2013

                                FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK

                                /s/Mitchell J. Levine
                                Mitchell J. Levine
                                Federal Bar No. CT 07985
                                Counsel for First Niagara Bank, N.A. F/K/A New Alliance Bank
                                Law Offices of Nair & Levin, P.C.
                                707 Bloomfield Avenue
                                Bloomfield, CT 06002
                                Telephone No. 860-692-3164
                                Fax No. 860-242-2980
                                e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

<u>Debtor's Attorney</u>
Reine C. Boyer
501 Kings Highway East, Suite 108
Fairfield, CT 06825

<u>Trustee</u>
Molly T. Whiton
Chapter 13 Trustee
10 Columbus Boulevard 6th Floor
Hartford, CT 06106

<u>U.S. Trustee</u>
U.S. Trustee
Office of the U. S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-7016

/s/Mitchell J. Levine
Mitchell J. Levine