UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-32141 JBR |
| CHESNEL EDMOND | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| CHESNEL EDMOND | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
| RESPONDENT | : | |

**STIPULATION CONCERNING RELIEF FROM STAY
AND MOTION TO DETERMINE VALUE OF PROPERTY**

First Niagara Bank, N.A. f/k/a New Alliance Bank ("First Niagara") and Chesnel Edmond enter into this Stipulation as of this 21st day of May, 2013 in order to resolve the issues raised in the Motion for Relief from Automatic Stay, Docket No. 33 (the "Relief Motion"), and Debtor's Motion to Determine Value of Property, Document No. 36.

**Background**

1. On September 24, 2012 Chesnel Edmond hereinafter referred to as the 'Debtor filed a voluntary petition under Chapter 13 of Title 11 of the Code with this Court.

2. On or about February 23, 2007, Chesnel Edmond was indebted to NewAlliance Bank in the sum of Two Hundred Ninety Thousand and 00 Cents ($290,000.00) Dollars, as evidenced by a Note for said sum dated on said date (the "Note"), which Note is payable to NewAlliance Bank or order, a copy of which Note is attached hereto as Exhibit A.

3. To secure the Note, Chesnel Edmond executed a mortgaged to NewAlliance Bank the premises know as 81 Meloy Road, West Haven, Connecticut (the "Property") by virtue of a Mortgage

recorded on February 28, 2007 in Volume 1515, Page 850 of the West Haven Land Records. A copy of the Mortgage is attached hereto as Exhibit B.

4. On or about April 15, 2011, NewAlliance Bank was acquired by First Niagara Bank, National Association by merger.

5. The parties have reached an agreement with respect to the Property, the Relief Motion and Motion to Determine Value of Property, the terms of which are set forth below:

**Agreement**

Based on the foregoing, upon approval of this Stipulation by the Court:

1. The Debtor acknowledges and agrees that First Niagara PMorgan Chase Bank, N.A. is the holder of a valid mortgage on the Property.

2. The Debtor further warrants and represents that the Property is necessary for an effective reorganization of this estate and for preserving assets of the estate.

3. On September 28, 2012, First Niagara filed a Proof of Claim in the amount of $348,946.51.

4. First Niagara and the debtor, through their respective counsel have agreed that the First Niagara's claim shall be deemed secured in the amount of $186,000.00 and shall have an allowed unsecured claim in the amount of $162,946.51. Debtor shall file an amended Chapter 13 Plan to reflect this.

5. The Debtor agrees to pay all outstanding taxes and provide proof of payment to First Niagara and Nair & Levin, P.C. on or before June 1, 2013.

6. The Debtor further agrees to make all post-confirmation monthly payments to First Niagara for Property Taxes and PMI Insurance in accordance with the Annual Escrow Account Disclosure Statement.

7. In the event the Debtor fails to make the payments as described in paragraph 6 herein or fails to file an Amended Chapter 13 Plan as described in paragraph 4 herein, First Niagara or its attorneys

may file a Certificate of Non-Compliance with a proposed order to be signed by this Court with a copy provided to the Debtor's counsel via electronic mail. The Debtor shall have seven (7) days from the date of the filing of the Certificate of Non-Compliance within which to cure any alleged payment default or to contest the allegations contained in said affidavit contest said affidavit. After 7 days, the Court may execute an order terminating the automatic stay imposed by Section 362(a) of the code relative to the Property.

     8.     So long as the Debtor is in compliance with the terms and provisions of this Stipulation, First Niagara hereby acknowledges that its interests in the Property are adequately protected as envisioned under 11 U.S.C. § 361.

     9.     The Parties stipulate, acknowledge and agree that nothing contained herein shall constitute a waiver, relinquishment or modification of the rights of First Niagara under the terms and provisions of the Note and Mortgage and any applicable state, federal or local law.

     10.     The Parties further acknowledge and agree that upon approval hereof the terms and provisions of this Stipulation shall be enforceable as a duly entered order of this Court.

THE UNDERSIGNED CONSENT TO THE ENTRY OF THIS ORDER

                                          **THE MOVANT**
                                          First Niagara Bank, N.A. f/k/a New Alliance Bank

Dated: May 22, 2013                    By /s/ Mitchell J. Levine
                                              Mitchell J. Levine, Esq.
                                              Nair & Levin, P.C.
                                              707 Bloomfield Avenue
                                              Bloomfield, CT 06002
                                              Telephone No. (860) 242-7585
                                              Fax No. (860) 242-2980
                                              BBO #638576
                                              mlevine@nairlevin.com

|  |  |
|---|---|
|  | **THE DEBTOR** |
|  | Chesnel Edmond |
| Dated:  May 22, 2013 | By  /s/   Reine C. Boyer |
|  |      (with permission) |
|  | **Reine C Boyer** |
|  | Law Office of Reine C. Boyer LLC |
|  | 501 Kings Highway East |
|  | Suite 108 |
|  | Fairfield, CT 06825 |
|  | (203) 332-5900 |
|  | 203-332-5900 (fax) |
|  | boyerlaw@yahoo.com |

**CHAPTER 13 TRUSTEE**

|  |  |
|---|---|
| Dated:  May 22, 2013 | By  /s/   Molly T. Whiton |
|  |      (with permission) |
|  | **Molly T. Whiton** |
|  | 10 Columbus Boulevard |
|  | Hartford, CT 06106 |
|  | (860)278-9410 |
|  | mtwhiton@mtwhiton.com |

Dated at New Haven, Connecticut this _____ day of _____, 2013

_____
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re: : | CASE NO. 12-32141 JBR |
| CHESNEL EDMOND : | CHAPTER 13 |
| : | |
| DEBTOR : | |
| : | |
| FIRST NIAGARA BANK, N.A. F/K/A NEW : | |
| ALLIANCE BANK | |
| MOVANT : | |
| : | |
| vs. : | |
| : | |
| CHESNEL EDMOND : | |
| MOLLY T. WHITON, TRUSTEE : | |
| RESPONDENT : | |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on May 23, 2013, in accordance applicable law, I serve the following documents upon all entities entitled to notice) by first class mail postage prepaid or electronically:

(1) a copy of the Stipulation Concerning Relief from Stay and Motion to Determine Value of Property

Dated: May 23, 2013

        FIRST NIAGARA BANK, N.A. F/K/A NEW
        ALLIANCE BANK
        THE MOVANT
        /s/Mitchell J. Levine
        Mitchell J. Levine
        Federal Bar No. CT 07985
        Counsel for American Honda Finance Corporation
        Law Offices of Nair & Levin, P.C.
        707 Bloomfield Avenue
        Bloomfield, CT 06002
        Telephone No. 860-692-3164
        Fax No. 860-242-2980
        e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

**Debtor's Attorney**
**Reine C Boyer**
Law Office of Reine C. Boyer LLC
501 Kings Highway East
Suite 108
Fairfield, CT 06825
boyerlaw@yahoo.com

**Debtor**
**Chesnel Edmond**
81 Meloy Road
West Haven, CT 06516

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV

**Trustee**
**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106
(860)278-9410
mtwhiton@mtwhiton.com