## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-32141 JBR |
| CHESNEL EDMOND | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | RE: ECF NO. 33 |
| | : | |
| FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| CHESNEL EDMOND | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
| RESPONDENT | : | |

## ORDER GRANTING STIPULATION

**IT IS HEREBY ORDERED** that the Stipulation filed on May 23, 2013 is hereby approved.

Stipulation Filed
ECF No. 40

Dated: June 3, 2013

*Joel B. Rosenthal*
Joel B. Rosenthal
United States Bankruptcy Judge