UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER |
| CHESNEL EDMOND | CHAPTER 13 |
| Debtor | CASE NO.12-32141 JAM |

## ORDER CONFIRMING
## SECOND AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on 11/8/12, and was amended on 7/9/13. A summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the plan meets the requirements of 11 U.S.C. Section 1325 and 1329.

IT IS ORDERED THAT:
The debtor's chapter 13 plan is confirmed, with the following provisions:

1. Payments: $1,641.42 Bi-Weekly on Fridays, starting 11/22/13, PLUS the debtor's pre-confirmation payments of $28,451.20..

2. Period of payments:    60 MONTHS or until a dividend of not less than 0% is paid to the holders of allowed unsecured claims.

3.
   *Payable to:*    **Molly T. Whiton, Standing Trustee**
   **P.O. Box 610**
   **Memphis, TN 38101-0610**

   Payroll Deduction:
   __XX__    Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this Court.
   _____    No payroll deduction is ordered.

   **CHESNEL EDMOND'S EMPLOYER:**    United States Postal Service
   Manager BPT – North Haven P.O.
   **Employee ID No. 01573436**    10 Middletown Avenue
   North Haven, CT  06473

4. Attorney's Fees: The debtors' attorney is awarded a fee in the amount of $3,500.00, of which $0.00 is due and payable from the estate.

Dated: November 4, 2013                    BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge