**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-32141 JAM |
| CHESNEL EDMOND | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| CHESNEL EDMOND | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
| RESPONDENT | : | |

**CERTIFICATE OF NON-COMPLIANCE**

First Niagara Bank, N.A. f/k/a New Alliance Bank as and for a Certificate of Non-Compliance states the following as grounds therefore:

1. First Niagara filed a Motion for Relief from Automatic Stay in order to foreclose its interests in the Debtor's real property known as 81 Meloy Road, West Haven, Connecticut, on January 4, 2013, Document I.D. No.33 (the "Motion").

2. As to the Motion, First Niagara and the debtor in possession, entered into a Stipulation for Relief from Automatic Stay which was approved by the court on June 3, 2013, Document I.D. No.41.

3. The Stipulation provides in part that the Debtor agrees to pay all outstanding taxes and provide proof of payment to First Niagara and Nair & Levin, P.C. on or before June 1, 2013.

4. The Stipulation further provides that the Debtor agrees to make all post-confirmation monthly payments to First Niagara for Property Taxes and PMI Insurance in accordance with the Annual Escrow Account Disclosure Statement.

5. Pursuant to the Stipulation, the debtor is in the default for failure to make the following payments due:

| Date | Amount | Type |
|---|---|---|
| 8/7/13 | $135.33 | PMI |
| 9/9/13 | $135.33 | PMI |
| 10/29/13 | $135.33 | PMI |
| 11/25/13 | $135.33 | PMI |
| 12/16/13 | $135.33 | PMI |
| 1/3/14 | $4,124.09 | MUNICIPAL TAXES |
| 1/16/14 | $135.33 | PMI |
| 2/12/14 | $135.33 | PMI |
| 3/12/14 | $135.33 | PMI |

**Total Past Due Amount:  $5,206.73**

**WHEREFORE,** FirstNiagara respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d)(1), granting relief from automatic stay in order to foreclose its interests in the Debtor's real property known as 81 Meloy Road, West Haven, Connecticut; that this Court finds that Bankruptcy Rule 4001(a)(3) is not applicable so that First Niagara may immediately enforce its rights against the property; and such other relief as the Court deems just and proper.

Dated at Bloomfield in said District on March 14, 2014

        MOVANT
        FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK

        /s/Mitchell J. Levine
        Mitchell J. Levine
        Federal Bar No. CT 07985
        Law Offices of Nair & Levin, P.C.
        707 Bloomfield Avenue
        Bloomfield, CT 06002
        Telephone No. 860-692-3164
        Fax No. 860-242-2980
        e-mail address: mlevine@nairlevin.com

**UNTIED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE
Chesnel Edmond                                        : CASE NO. 12-32141 JAM

                                                      : CHAPTER 13
DEBTOR(S)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2014, in accordance applicable law, I serve the following documents upon all entities entitled to notice) by first class mail postage prepaid or electronically:

(1) copy of the Certificate of Non-Compliance; and

(2) copy of the Proposed Order associated therewith.

Dated: March 14, 2014

                                                      FIRST NIAGARA BANK, N.A. F/K/A NEW
                                                      ALLIANCE BANK
                                                      THE MOVANT
                                                      /s/Mitchell J. Levine
                                                      Mitchell J. Levine
                                                      Federal Bar No. CT 07985
                                                      Law Offices of Nair & Levin, P.C.
                                                      707 Bloomfield Avenue
                                                      Bloomfield, CT 06002
                                                      Telephone No. 860-692-3164
                                                      Fax No. 860-242-2980
                                                      e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

Debtors(s)' Attorney:
**Reine C Boyer**
Law Office of Reine C. Boyer LLC
501 Kings Highway East
Suite 108
Fairfield, CT 06825
boyerlaw@yahoo.com

Debtor(s):
**Chesnel Edmond**
81 Meloy Road
West Haven, CT 06516
*(Debtor)*

Trustee
**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106
mtwhiton@mtwhiton.com
*(Trustee)*

U. S. Trustee
**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*