# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-32141 LMW |
| CHESNEL EDMOND | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| CHESNEL EDMOND | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
| RESPONDENT | : | |

### MOTION TO VACATE ORDER GRANTING RELIEF FROM AUTOMATIC STAY

First Niagara Bank, N.A. f/k/a New Alliance Bank hereby moves to vacate the Order dated March 24, 2014 (Docket No. 51) granting it relief from stay, and represents as follows:

1. On or about March 24, 2014, First Niagara Bank obtained relief from stay as to 81 Meloy Road, West Haven, Connecticut pursuant to said Order.

2. The Parties have agreed to vacate this Order based upon payments made to First Niagara Bank to cure default in the Stipulation.

WHEREFORE, First Niagara Bank requests that said Order be vacated; and such other relief as the Court deems just and proper.

Dated at Bloomfield in said District on April 28, 2014.

        MOVANT
FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK

/s/Mitchell J. Levine
Mitchell J. Levine
Federal Bar No. CT 07985
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. 860-692-3164
Fax No. 860-242-2980
e-mail address: mlevine@nairlevin.com

## UNTIED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

IN RE
Chesnel Edmond                                                         : CASE NO. 12-32141 LMW

                                                      : CHAPTER 13
DEBTOR(S)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2014, in accordance applicable law, I serve the following documents upon all entities entitled to notice) by first class mail postage prepaid or electronically:

    (1) a copy of pleading initiating the contested matter, specifically: a Motion to Vacate,

    (2) a copy of the Proposed Order associated therewith.


Dated: April 28, 2014

                                                      FIRST NIAGARA BANK, N.A. F/K/A NEW
                                                      ALLIANCE BANK
                                                      THE MOVANT
                                                      /s/Mitchell J. Levine
                                                      Mitchell J. Levine
                                                      Federal Bar No. CT 07985
                                                      Law Offices of Nair & Levin, P.C.
                                                      707 Bloomfield Avenue
                                                      Bloomfield, CT 06002
                                                      Telephone No. 860-692-3164
                                                      Fax No. 860-242-2980
                                                      e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

Debtors(s)' Attorney:
**Reine C Boyer**
Law Office of Reine C. Boyer LLC
501 Kings Highway East
Suite 108
Fairfield, CT 06825
boyerlaw@yahoo.com


Trustee
**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106
mtwhiton@mtwhiton.com
*(Trustee)*

U. S. Trustee
**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*