## UNTIED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : CASE NO 12-32141 JAM |
| CHESNEL EDMOND | : CHAPTER 13 |
| DEBTOR(S) | |
| FIRST NIAGARA BANK, N.A. F/K/A NEW ALLIANCE BANK vs. | : Re: ECF No.:   53 |
| CHESNEL EDMOND | |
| MOLLY T. WHITON, TRUSTEE RESPONDENT | |

### ORDER RE: MOTION TO VACATE ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon First Niagara Bank, N.A. f/k/a New Alliance Bank's (hereafter the "Movant") Motion to Vacate Order (hereafter, the "Motion"), it having been presented to the Court, and upon agreement of the parties:

**IT IS HEREBY ORDERED** that the Order dated March 24, 2014 (Docket No. 51) granting Movant relief from stay is hereby vacated.

Dated: May 30, 2014                                                                 BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge