UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-32141AMN |
| CHESNEL EDMOND | | |
| | : | CHAPTER 13 |
| | : | |
| DEBTOR(S) | : | April 3, 2018 |

## MOTION FOR ORDER RESCINDING WAGE DEDUCTION

Roberta Napolitano, Chapter 13 Trustee, hereby moves that the court enter an Order Rescinding Wage Deduction on the above named case for the following reasons:

__X__ The Debtors have completed all payments to the Trustee under the terms of the Chapter 13 Plan.

_____ Other _____

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee tr08378
Chapter 13 Standing Trustee
(860) 278-9410 tele
(860) 527-6185 fax
e-mail: rnapolitano@ch13rn.com